**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 9 - 27 -17

---

GRACIELA BRETSCHNEIDER
DONCOUSE,

                        Plaintiff,

        -against-

BILLY'S BAKERY and 75 FRANKLIN
DEVELOPMENT CORP.,

                        Defendants.

---

16-cv-08098 (ALC)

**ORDER OF DISMISSAL**

**ANDREW L. CARTER, JR., United States District Judge:**

    After the parties failed to comply with Magistrate Judge Gorenstein's Scheduling Order,

by Order dated September 14, 2017 Judge Gorenstein directed the parties to show cause why this

action should not be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure for

failure to prosecute.  ECF No. 23.  The parties' response was due in writing on or before

September 21, 2017.  To date, no response to Judge Gorenstein's Order to Show Cause has been

filed.  Therefore, this case is dismissed without prejudice pursuant to Rule 41.

**SO ORDERED.**

Dated: September 27, 2017
       New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**